UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICK JOE HOLLON                                                    PLAINTIFF

V.                      No. 4:17CV00479 JLH/JTR

YELL COUNTY DETENTION CENTER;
DARRELL ELKINS, Doctor, Yell County Detention Center      DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered in this case, this case is dismissed without prejudice. This action is terminated, and the Court certifies that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 20th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE